FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV 89169
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JEFFERY LONG,

    Plaintiff,

vs.

REPUBLIC SERVICES, INC., a Delaware Corporation; REPUBLIC SILVER STATE DISPOSAL, INC., a Nevada Corporation,

    Defendants.

Case No. 2:12-cv-00901-GMN-RJJ

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

LAW OFFICES OF                      FISHER & PHILLIPS LLP
MICHAEL P. BALABAN

 /s/ Michael Balaban, Esq.            /s/ Scott M. Mahoney, Esq.
Michael P. Balaban, Esq.             Scott M. Mahoney, Esq.
10726 Del Rudini Street              3800 Howard Hughes Pkwy, Suite 950
Las Vegas, NV 89141                  Las Vegas, NV 89169
Attorney for Plaintiff               Attorneys for Defendants

IT IS SO ORDERED:

_____
Gloria M. Navarro
United States District Judge

**DATED: 11/01/2012**

LasVegas 95430.1